JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA STEFANO, SUZI CARMICHAEL, ELIZABETH STEFANO, IAN HARROWER, DANIELA LOPEZ BALBONTIN, LUCAS SCHAFER<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LONG BEACH, QUINCY MILES #6300, individually and as a peace officer  JONATHAN STEINHOUSER #6060, individually and as a peace officer, NICHOLAS HO #6316 individually and as a peace officer, ALFREDO CHAIREZ #10073 individually and as a peace officer, EDDIE SANCHEZ #10036 individually and as a peace officer, SGT. MILTON G. THOMAS #5220, individually and as a peace officer,<br><br>Defendants.<br>_____ | Case No.  CV 10-6202 DSF (JCx)<br><br>**JUDGMENT** |

  On November 30, 2012, Plaintiffs DEBRA STEFANO, SUZI CARMICHAEL, ELIZABETH STEFANO, IAN HARROWER, DANIELA LOPEZ BALBONTIN, and LUCAS SCHAFER each entered an enforceable settlement agreement with the defendants.  On April 15, 2013, Plaintiff Debra Stefano filed a motion to vacate the settlement agreement over the objections of the remaining plaintiffs and defendants and to set a trial date.  On May 28, 2013, the Court denied the motion.

1

Therefore, the case is now dismissed with prejudice in accordance with the terms of the settlement agreement.

DATED: 6/17/13

*[signature: Dale S. Fischer]*

_____
The Honorable Dale S. Fischer
United States District Judge

2